UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Case No.: 2:14-mj-0401-NJK
vs. )
) DESIGNATION OF RETAINED COUNSEL
WAYNE ARTHUR PECK JR., ) AND APPEARANCE PRAECIPE
)
Defendant. )

The Defendant, Wayne Arthur Peck, Jr., hereby appoints Mark Coburn, Esq. to appear generally for him as his attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

Dated: 10-26-15

_____
Wayne A. Peck Jr.

### APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him when to appear in court, and also to notify the Clerk of any change in my address or telephone number.

Dated this 26th day of October, 2015.

_____
Mark Coburn, Esq., NV Bar No.: 8032
The Law Offices of Mark Coburn
732 South 6th Street, Suite #100
Las Vegas, Nevada 89101
(702) 384-1001 Office

*Page 1 of 1*
*Wayne Arthur Peck, Jr. Case No.: 2:14-mj-0401-NJK*
*Designation of Retained Counsel and Appearance Praecipe*